IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harrell, Leola

Printed: 12/02/08

Case Number: 04 B 13881
Judge: Hollis, Pamela S
Filed: 4/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed:  November 26, 2008
Confirmed: June 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,135.40 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 10,400.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 634.69 |
| Other Funds: |  | 0.00 |
| Totals: | 12,135.40 | 12,135.40 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Honig & Neiburger | Administrative | 1,100.00 | 1,100.00 |
| 2. | ECast Settlement Corp | Unsecured | 2,068.82 | 2,068.82 |
| 3. | Capital One | Unsecured | 361.99 | 361.99 |
| 4. | Resurgent Capital Services | Unsecured | 1,410.83 | 1,410.83 |
| 5. | Resurgent Capital Services | Unsecured | 192.67 | 192.67 |
| 6. | Resurgent Capital Services | Unsecured | 275.79 | 275.79 |
| 7. | RoundUp Funding LLC | Unsecured | 1,899.90 | 1,899.90 |
| 8. | Capital One | Unsecured | 580.78 | 580.78 |
| 9. | Specialized Management Consultants | Unsecured | 52.55 | 52.55 |
| 10. | Credit First | Unsecured | 80.39 | 80.39 |
| 11. | ECast Settlement Corp | Unsecured | 1,601.02 | 1,601.02 |
| 12. | Resurgent Capital Services | Unsecured | 1,875.97 | 1,875.97 |
| 13. | National City Mortgage Co | Secured |  | No Claim Filed |
| 14. | Bank One | Unsecured |  | No Claim Filed |
| 15. | Mercantile Adjustment Bureau | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | Universal Fidelity Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,500.71 | $ 11,500.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harrell, Leola

Printed: 12/02/08

Case Number:  04 B 13881
Judge:  Hollis, Pamela S
Filed:  4/7/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 26.04 |
| 6.5% | 163.60 |
| 3% | 22.74 |
| 5.5% | 123.06 |
| 5% | 38.66 |
| 4.8% | 71.68 |
| 5.4% | 179.99 |
| 6.6% | 8.92 |
|  | $ 634.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

